# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Rickey Lee Hicks　　　　　　　　　　　　　　　　CHAPTER 13

　　　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 24-10132 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ *Denise Carlon*
　　　　　　　　　　　　　　　　Denise Carlon
　　　　　　　　　　　　　　　　26 Mar 2024, 18:27:57, EDT

Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com