# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Rickey Lee Hicks**  
**Lisa Marie Hicks**  
Debtor(s)

Case No. **24-10132**  
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Rickey Lee Hicks**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Lisa Marie Hicks**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **March 28, 2024**        Signature  **/s/ Rickey Lee Hicks**  
**Rickey Lee Hicks**  
Debtor

Date **March 28, 2024**        Signature  **/s/ Lisa Marie Hicks**  
**Lisa Marie Hicks**  
Joint Debtor