## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| RICKEY LEE HICKS and LISA MARIE HICKS | : | Bankruptcy No. 24-10132 JCM |
| Debtors | : | |
| | : | |
| RICKEY LEE HICKS and LISA MARIE HICKS | : | |
| Movants | : | |
| | : | Chapter 13 |
| | : | |
| | : | Doc. No. 31 |
| vs. | : | |
| | : | |
| PNC BANK, N.A. | : | |
| Respondent | : | |
| | : | Related to Claim No. 14 |
| | : | |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, STANDING CHAPTER 13 TRUSTEE | : | |
| Additional Respondent | : | |

### DECLARATION REGARDING MONTHLY PAYMENT CHANGE

AND NOW, come the Debtors, Rickey Lee Hicks and Lisa Marie Hicks, by and through their attorney, Jeffrey W. Ross, Esq. and Harold Shepley & Associates, LLC, and respectfully files the within Declaration Regarding Monthly Payment Change and, in support, represents as follows:

1. The Debtors are Rickey Lee Hicks and Lisa Marie Hicks, presently residing at 31094 Portland Mills Road, Ridgway, PA 15853.

2. Counsel for the Debtors is Jeffrey W. Ross, Esq. of Harold Shepley & Associates, LLC.

3. The mortgage servicer for the Debtors' residence is PNC Bank, N.A.

4. The new post-petition monthly payment payable to PNC Bank, N.A. beginning 1 October 2024 is $19.13 more than current required payment encompassing interest, principal

and escrow.

5. Debtor's counsel has reviewed the existing plan, recomputed the plan payment and finds that the existing payment continues to be sufficient to fund the plan.

Date:  <u>19 August 2024</u>                                                <u>/s/ Jeffrey W. Ross</u>
Jeffrey W. Ross, Esq.
PA ID  201479
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA  15501
T 814- 444-0500
F 814-444-0600
jross@shepleylaw.com